Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

---

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

April 2, 2021

**VIA ECF**

Hon. Debra C. Freeman
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

      **Re:** *Jane Doe 15 v. Indyke et al.*, **19-cv-10653 (PAE)(DCF);**
             *Mary Doe v. Indyke et al.*, **19-cv-10758 (PAE)(DCF); Status Report**

Dear Judge Freeman:

    We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein in the above-referenced cases. Pursuant to the Court's September 4, 2020 Order, Plaintiff and Defendants jointly submit this status report.

    These cases were stayed on June 22, 2020 pending Plaintiffs' participation in the Epstein Victims' Compensation Program (the "Program"). Both Plaintiffs have since registered their claims with the administrators of the Program and have submitted their claims and supporting documents. The parties remain hopeful that all claims in these matters will be resolved through the Program. Accordingly, all parties believe that these cases should remain stayed at this time. We will notify the Court once the Program has progressed further such that either the claims are resolved, or the stays should be lifted.

Respectfully submitted,

*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz

cc: Counsel of Record (via ECF)