UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

JANE DOE 15,                                                        No. 19 Civ. 10653 (PAE)(DCF)

              Plaintiff,

      -against-

DARREN K. INDYKE and RICHARD D. KAHN,
as EXECUTORS OF THE ESTATE OF JEFFREY E.
EPSTEIN,

              Defendants.

_____x

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the

above-captioned action is voluntarily dismissed in its entirety with prejudice, with each party to

bear its own attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure.


TROUTMAN PEPPER HAMILTON                    CUTI HECKER WANG LLP
SANDERS LLP

_____                   _____
Mary "Molly" S. DiRago                      Mariann Meier Wang
227 W. Monroe Street, Ste. 3900             305 Broadway, Suite 607
Chicago, Illinois 60606                     New York, New York 10007
(312) 759-1920                              (212) 620-2603
molly.dirago@troutman.com                   mwang@chwllp.com

*Attorneys for Defendants Darren K. Indyke*    *Attorneys for Plaintiff*
*and Richard D. Kahn, Co-Executors of*
*the Estate of Jeffrey E. Epstein*

Dated: June 14, 2021                        Dated: June 14, 2021

The Clerk of the Court is respectfully requested to close this case.
SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated:  June 16, 2021